IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ASSOCIATED HEATING & SHEET METAL, INC., <br><br> Defendant. | Case No. C15-0458RSM <br><br> ORDER GRANTING MOTION TO WITHDRAW |

THIS MATTER comes before the Court on Defendant's counsel's Motion to Withdraw. Dkt. #39. Having reviewed counsel's motion, and because this case has been closed with no additional activity since July of 2017, the Court finds good cause to allow counsel's withdrawal.

Accordingly, Defendant's counsel's Motion to Withdraw (Dkt. #39) is GRANTED, and attorneys Drew Davis and Mathew Cunanan of DC LAW GROUP NW LLC are terminated as counsel for Defendant effective immediately.

The Clerk shall send a copy of this Order to Defendant at P.O. Box 309 Monroe, WA 98272 and 17150 Tye St SE Ste B Monroe, WA 98272.

Defendant is advised that should it desire to pursue any further action in this or other matter in this Court, it must be represented by counsel pursuant to 83.2(b)(3).

ORDER– 1

DATED this 5 day of December, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER– 2